## 25934. FORD v. THE STATE.

BROYLES, C. J. In a criminal case the bill of exceptions must be presented to the judge within twenty days from the date of the judgment complained of. In this case the judgment excepted to was the overruling of a motion for new trial. As disclosed by the bill of exceptions and the record, the date of that judgment was July 10, 1936; and the bill of exceptions, as shown by the recital therein, was presented to the judge on August 10, 1936. The bill of exceptions not having been tendered within the time required by law, this court has no jurisdiction of the case.

*Writ of error dismissed. MacIntyre and Guerry, JJ., concur.*

DECIDED JANUARY 9, 1937. REINSTATEMENT DENIED JANUARY 23, 1937.

*Homer Beeland,* for plaintiff in error.
*Hollis Fort, solicitor-general,* contra.

## 25963. POWELL v. THE STATE.

BROYLES, C. J. The evidence authorized the conviction of larceny from the person. The court did not err in overruling the motion for new trial, based upon the general grounds only.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED JANUARY 9, 1937.

*Alfred Herrington, Jr., Darius N. Brown, W. H. Williams,* for plaintiff in error.
*Marvin L. Gross, solicitor-general,* contra.